# *William Dawson Esq.*

*13938 Cedar Road Suite 366 • Cleveland, Ohio 44118*
*Phone: (866) 680-9455 • www.attorneydawson.com*

Friday, March 20, 2009

Re: Employment Verification

Dear Sir or Madam:

This letter certifies that **Tiffeney Dennis** *currently* works for me as my Administrative/Personal Assistant. The position is a Part time position and **Tiffeney Dennis** is current receiving a salary of approximately $300-500 monthly. She has been working with me on this status since September of 2008. She will continue to be employed by me on this basis until the near future; hopefully status will change with increasing business to a Full Time position. I thank you for your time and attention.

**Respectfully,**

William Dawson



### *Del's Catering*

Del Stevens, BA, CEC
472 Perserve Lane
Macedonia, Ohio 44056
"Greatest Service in the East!"
Phone: (216) 780-0723

**Re: Job Letter**

March 20, 2009

Tiffeney Dennis
24645 Rushmore Drive
Richmond Heights, Ohio 44143

To Whom It May Concern:

    This letter is to confirm that Ms. Tiffeney Dennis is working on a Part-Time basis with Del's Catering, where her job title is an Event Coordinator. Her compensation is based on event promotions. She has been with our company since fall of 2008, where her services are well appreciated. Ms. Dennis Approximate monthly income is average between $300-500 a monthly, depending upon the number of events scheduled. I hope this information is of use for you and I hope you are having a great day.

Sincerely,



Del Stevens, BA, CEC

*Del's Catering has been known to "Bring Your Dreams To Life"*
*Through his Edible Creations, Unique Blend of Services, Products,*
*and Event Planning.*